# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00669-CV

**Tom Bennett and James B. Bonham Corporation, Appellants**

**v.**

**Larry Wayne Grant, Appellee**

### FROM THE DISTRICT COURT OF SAN SABA COUNTY, 33RD JUDICIAL DISTRICT
### NO. 8086, HONORABLE GUILFORD L. JONES III, JUDGE PRESIDING

## S U P P L E M E N T A L   O P I N I O N

In response to our opinion issued in this appeal on August 13, 2014, Larry Grant has filed with the district court a remittitur reducing his $2 million exemplary damages award against Tom Bennett and the James B. Bonham Corporation to an award of $512,109 against each defendant. In accordance with our prior opinion, we reform the district court's judgment to award Larry Grant $512,109 in exemplary damages against Tom Bennett and $512,109 in exemplary damages against the James B. Bonham Corporation. In our opinion issued on August 13, 2014, we overruled the appellants' remaining issues on appeal. Accordingly, we affirm, as reformed herein, the trial court's judgment.

_____

Scott K. Field

Before Justices Pemberton, Rose, and Field

Reformed and, as Reformed, Affirmed

Filed:   September 26, 2014

2